J. N. Klein, Appellant, v. Richard T. O'Brien, Appellee.
Term No. 49F18.

opinion filed April 25, 1949; released for publication May 25, 1949. · Meyer & Meyer, for appellant; no appearance, for appellee. · Opinion by Presiding Justice Culbertson. Not to be published in full.

Angela Clara Kneer, Appellant, v. Peoria-Rockford Bus Lines, Inc., Appellee.

Gen. No. 10,323.

opinion filed May 10, 1949; released for publication May 27, 1949. Guyer & Smith, for appellant; William· D. Knight, for appellee. Opinion by Justice Bristow. Not to be published in full.